IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| STEPHEN ARENA,            )<br>                          )<br>    Plaintiff,           )<br>                          )<br>vs.                       )<br>                          )<br>CARRIER CORPORATION.,     )<br>                          )<br>    Defendant.            )<br>_____) | Civil Action No.: 3:06-CV-007-C |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate to dismissal of this action with prejudice. Each party will bear his or its own costs and attorneys' fees.

Dated this the 24th day of August, 2006.

**FOR PLAINTIFF:**

LAW OFFICE OF JULIE H.
FOSBINDER


/s/ Joshua R. Van Kampen, Esq.
N.C. Bar No. 32168
1515 Mockingbird Lane, Suite 218
Charlotte, NC 28209
Telephone: 704.522.7500
Facsimile: 704.522.7509
E-mail: jrv@carolina.rr.com

**FOR DEFENDANT:**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


/s/ James B. Spears, Jr.
N.C. Bar No. 05843
400 West Trade Street
Charlotte, NC 28202-1627
Telephone: 704.342.2588
Facsimile: 704.342.4379
E-mail: jim.spears@ogletreedeakins.com

AND IT IS SO ORDERED.

DATED:    9/18/06

_____
David C. Keesler
United States Magistrate Judge